AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

Yvonne Vanderpool,
Plaintiff,

V.

Financial Asset Resolution, LLC, an Illinois
limited liability company.,
Defendant.

CASE NUMBER: 13 C 6703

ASSIGNED JUDGE: Bucklo

DESIGNATED
MAGISTRATE JUDGE: Rowland

TO: (Name and address of Defendant)

Financial Asset Resolution, LLC
C/O Austin C. Mansur, as registered agent
1325 Wiley Road
Suite 161
Schaumburg, Illinois 60173

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

David J. Philipps
Philipps & Philipps, Ltd.
9760 S. Roberts Road, Suite One
Palos Hills, Illinois 60465
(708) 974-2900

an answer to the complaint which is herewith served upon you, within ___21___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.Thom

THOMAS G. BRUTON, CLERK

(By) DEPUTY CLERK

DATE
September 18, 2013
DATE

AO 440 (Rev. 05/00) Summons in a Civil Action

# RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 09/23/13 |
| NAME OF SERVER (PRINT) Kyle Mutter | TITLE Investigator |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: 1325 Wiley Road Suite 151, Schaumburg, IL - ASSUP Yaraga - officer

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 09/22/13
    Date            Signature of Server

Address of Server: 1658 N Milwaukee Ave #278, Chicago, IL 60647

THOMAS G. BRUTON, CLERK

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# RETURN OF SERVICE

## UNITED STATES DISTRICT COURT
## Northern District of Illinois

Case Number: 13C6703

Plaintiff:
**Yvonne Vanderpool**

vs.

Defendant:
**Financial Asset Resolution, LLC**


CLU2013003524

For:
Philipps & Philipps Ltd.
9760 South Roberts Road
Ste One
Palos Hills, IL 60465

Received by Courthouse Courier on the 19th day of September, 2013 at 11:54 am to be served on **Financial Asset Resolution, Llc C/O Austin C. Mansur, 1325 Wiley Road, Suite 161, Schaumburg, IL 60173**.

I, Kyle Clutter, do hereby affirm that on the **23rd day of September, 2013 at 11:35 am, I:**

served an **AUTHORIZED** entity by delivering a true copy of the **Summons in a Civil Case and Complaint** with the date and hour of service endorsed thereon by me, to: **Assur Yauasa** as **Corporate Officer** at the address of: **1325 Wiley Road, Suite 161, Schaumburg, IL 60173**, who stated they are authorized to accept service for **Financial Asset Resolution, Llc**, and informed said person of the contents therein, in compliance with all applicable law.

I being first duly sworn on oath, states that I am over 18 years of age and not a party to this lawsuit, and am a registered employee of Bill Clutter Investigations, Inc., a private detective agency, (Lic. #117-001206) under the Private Detective and Security Act of 1993. Under penalties of perjury as provided by law, pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the above statement is true and correct.

Kyle Clutter
129-296616

**Courthouse Courier**
**1032 S. 2nd Street**
**Springfield, IL 62704**
**(217) 528-5997**

Our Job Serial Number: CLU-2013003524

Copyright © 1992-2011 Database Services, Inc. - Process Server's Toolbox V6.5m